Max S. Morgan (admitted *pro hac vice*)
The Weitz Firm, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

*Counsel for Plaintiff and the proposed class*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ELI REISMAN**, *on behalf of himself and others similarly situated,*<br><br>   *Plaintiff*,<br><br>   v.<br><br>**GEN DIGITAL INC.,**<br><br>   *Defendant*. | Case No.: CV-25-01653-PHX-SPL<br><br>**CERTIFICATE OF SERVICE**<br><br>**Hon. Steven P. Logan** |

I, Max S. Morgan, hereby certify that on May 20, 2025, I served a copy of the

May 16, 2025 Preliminary Order [Dkt. 27] on counsel for Defendant via email:

Buzzi Louis Shindler
Buchalter APC - Scottsdale
15279 N Scottsdale Rd., Ste. 400
Scottsdale, AZ 85254-1754
bshindler@buchalter.com

John E. Brigandi
Knuckles Komosinski & Manfro, LLP
600 East Crescent Ave.
Suite 201
Upper Saddle River, NJ 07677
jeb@kkelaw.com

Artin Betpera
Buchalter APC
18400 Von Karman Ave., Suite 800
Irvine, CA 92612
abetpera@buchalter.com

Dated: May 29, 2025

s/Max S. Morgan
Max S. Morgan, Esquire*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

*Counsel for Plaintiff*

(*admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I certify that on May 29, 2025, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Max S. Morgan*
Max S. Morgan