Buzzi L. Shindler (SBN: 020001)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254-2659
Telephone: 480.383.1800
Fax: 480.824.9400
Email: bshindler@buchalter.com

Artin Betpera (admitted *pro hac vice*)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant Gen Digital Inc.

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ELI REISMAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>GEN DIGITAL INC.,<br><br>                    Defendant. | **No. 2:25-cv-01653-PHX-SPL**<br><br>**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant Gen Digital Inc. ("Gen") hereby answers the First Amended Complaint ("FAC") of Plaintiff Eli Reisman ("Plaintiff") as follows:

**INTRODUCTION**

1.      This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

2.      Answering Paragraph 2 of the FAC, Gen admits that it filed an Annual 10-K report with the Securities and Exchange Commission, and that the 10-K report is a written document which speaks for itself.  Gen denies the remaining allegations of this paragraph.

3.      Answering Paragraph 3 of the FAC, Gen admits that it filed an Annual 10-K report with the Securities and Exchange Commission, and that the 10-K report is a written document which speaks for itself.  Gen denies the remaining allegations of this paragraph.

4.      Answering Paragraph 4 of the FAC, Gen admits that it filed an Annual 10-K report with the Securities and Exchange Commission, and that the 10-K report is a written document which speaks for itself.  Gen denies the remaining allegations of this paragraph.

5.      Answering Paragraph 5 of the FAC, Gen admits that it filed an Annual 10-K report with the Securities and Exchange Commission, and that the 10-K report is a written document which speaks for itself.  Gen denies the remaining allegations of this paragraph.

6.      Answering Paragraph 6 of the FAC, Gen admits that it filed an Annual 10-K report with the Securities and Exchange Commission, and that the 10-K report is a written document which speaks for itself.  Gen denies the remaining allegations of this paragraph.

7.      Gen denies the allegations of Paragraph 7 of the FAC.

8.      Gen denies the allegations of Paragraph 8 of the FAC.

9.      Gen denies the allegations of Paragraph 9 of the FAC.

10.     This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

1

## JURISDICTION AND VENUE

2    11.    This paragraph does not contain any factual allegations to which a response

3  is required.  To the extent this paragraph contains any factual allegations, those allegations

4  are denied.

5    12.    This paragraph does not contain any factual allegations to which a response

6  is required.  To the extent this paragraph contains any factual allegations, those allegations

7  are denied.

8    13.    This paragraph does not contain any factual allegations to which a response

9  is required.  To the extent this paragraph contains any factual allegations, those allegations

10  are denied.

11

## PARTIES

12    14.    Answering Paragraph 14 of the FAC, Gen is without sufficient knowledge or

13  information to form a belief as to the truth of the allegations contained in said paragraph,

14  and on that basis denies each and every allegation contained therein.

15    15.    This paragraph does not contain any factual allegations to which a response

16  is required.  To the extent this paragraph contains any factual allegations, those allegations

17  are denied.

18    16.    Gen admits the allegations of Paragraph 16 of the FAC.

19    17.    Gen admits the allegations of Paragraph 17 of the FAC.

20    18.    This paragraph does not contain any factual allegations to which a response

21  is required.  To the extent this paragraph contains any factual allegations, those allegations

22  are denied.

23

## TCPA BACKGROUND

24    19.    This paragraph does not contain any factual allegations to which a response

25  is required.  To the extent this paragraph contains any factual allegations, those allegations

26  are denied.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

BN 93317628v1

*National Do-Not-Call Registry*

20.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

21.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

22.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

23.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

*Internal Do Not Call Regulations*

24.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

25.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

26.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

27.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

28.     This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

29.     This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

30.     This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

31.     This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

32.     This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

33.     This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

34.     This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

35.     This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

36.     This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

37.     This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

38.     This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

## FACTUAL ALLEGATIONS

39.     Answering Paragraph 39 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

40.     Answering Paragraph 40 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

41.     Answering Paragraph 41 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

42.     Answering Paragraph 42 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

43.     Answering Paragraph 43 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

BN 93317628v1

44.     Answering Paragraph 44 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

45.     Answering Paragraph 45 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

46.     Answering Paragraph 46 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

47.     Gen denies the allegations of Paragraph 47 of the FAC.

48.     Gen denies the allegations of Paragraph 48 of the FAC.

49.     Gen denies the allegations of Paragraph 49 of the FAC.

50.     Gen denies the allegations of Paragraph 50 of the FAC.

51.     Answering Paragraph 51 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

52.     Gen admits that on or about October 18, 2023, it received a communication from Plaintiff concerning a single text message that Plaintiff had allegedly received.  Gen denies the remaining allegations of this paragraph.

53.     Gen admits that on or about October 18, 2023, it received a communication from Plaintiff concerning a single text message that Plaintiff had allegedly received.  Gen denies the remaining allegations of this paragraph.

54.     Gen admits that Gen's litigation counsel provided a response to Plaintiff's correspondence via electronic mail, and that the contents of this communication are reproduced at Paragraph 54 of the FAC.  Gen denies the remaining allegations of this paragraph.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

55.     Gen admits that Gen's litigation counsel provided a response to Plaintiff's correspondence via electronic mail, and that the contents of this communication are reproduced at Paragraph 54 of the FAC.  Gen denies the remaining allegations of this paragraph, including that it was under an obligation to provide "supporting documentation" to Plaintiff.

56.     Gen admits that Gen's litigation counsel provided a response to Plaintiff's correspondence via electronic mail, and that the contents of this communication are reproduced at Paragraph 54 of the FAC.  Gen denies the remaining allegations of this paragraph.

57.     Gen admits that on or about October 18, 2023, it received a communication from Plaintiff concerning a single text message that Plaintiff had allegedly received.  Gen denies the remaining allegations of this paragraph.

58.     Gen denies the allegations of Paragraph 58 of the FAC.

59.     Gen denies the allegations of Paragraph 59 of the FAC.

60.     Gen denies the allegations of Paragraph 60 of the FAC.

61.     Gen denies the allegations of Paragraph 61 of the FAC.

62.     Answering Paragraph 62 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

63.     Answering Paragraph 63 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

64.     In response to Paragraph 64 of the FAC, Gen admits that Norton Antivirus is one of its brands.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

65.     Answering Paragraph 65 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

66.     Answering Paragraph 66 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

67.     Gen denies the allegations of Paragraph 67 of the FAC.

68.     Gen denies the allegations of Paragraph 68 of the FAC.

69.     Answering Paragraph 69 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

70.     Answering Paragraph 70 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

71.     Answering Paragraph 71 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

72.     Answering Paragraph 72 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

73.     Gen denies the allegations of Paragraph 73 of the FAC.

74.     Gen denies the allegations of Paragraph 74 of the FAC.

75.     Answering Paragraph 75 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

76.    Answering Paragraph 76 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

77.    In response to Paragraph 77 of the FAC, Gen admits that AVG AntiVirus is one of its brands.

78.    Answering Paragraph 78 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

79.    Answering Paragraph 79 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

80.    Gen denies the allegation of Paragraph 80 of the FAC.

81.    Answering Paragraph 81 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

82.    Answering Paragraph 82 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

83.    Answering Paragraph 83 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

84.    Answering Paragraph 84 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

85.    Gen denies the allegations of Paragraph 85 of the FAC.

86.     Answering Paragraph 86 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

87.     Answering Paragraph 87 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

88.     Answering Paragraph 88 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

89.     Answering Paragraph 89 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

90.     Gen denies the allegations of Paragraph 90 of the FAC.

91.     Answering Paragraph 91 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

92.     Answering Paragraph 92 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

93.     Answering Paragraph 93 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

94.     Answering Paragraph 94 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

95.     Gen denies the allegations of Paragraph 95 of the FAC.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

96.    Gen denies the allegations of Paragraph 96 of the FAC.

97.    Answering Paragraph 97 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

98.    Answering Paragraph 98 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

99.    Answering Paragraph 99 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

100.    Answering Paragraph 100 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

101.    Answering Paragraph 101 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

102.    Gen denies the allegations of Paragraph 102 of the FAC.

103.    Answering Paragraph 103 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

104.    Answering Paragraph 104 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

105.    Answering Paragraph 105 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

1      106.    Answering Paragraph 106 of the FAC, Gen is without sufficient knowledge

2    or information to form a belief as to the truth of the allegations contained in said paragraph,

3    and on that basis denies each and every allegation contained therein.

4      107.    Gen denies the allegations of Paragraph 107 of the FAC.

5      108.    Answering Paragraph 108 of the FAC, Gen is without sufficient knowledge

6    or information to form a belief as to the truth of the allegations contained in said paragraph,

7    and on that basis denies each and every allegation contained therein.

8      109.    Answering Paragraph 109 of the FAC, Gen is without sufficient knowledge

9    or information to form a belief as to the truth of the allegations contained in said paragraph,

10   and on that basis denies each and every allegation contained therein.

11      110.    Gen denies the allegations of Paragraph 110 of the FAC.

12      111.    Gen denies the allegations of Paragraph 111 of the FAC.

13      112.    Gen denies the allegations of Paragraph 112 of the FAC.

14                        **GEN DIGITAL'S LIABILITY**

15      113.    Gen denies the allegations of Paragraph 113 of the FAC.

16      114.    This paragraph does not contain any factual allegations to which a response

17   is required.  To the extent this paragraph contains any factual allegations, those allegations

18   are denied.

19      115.    Gen denies the allegations of Paragraph 115 of the FAC.

20      116.    This paragraph does not contain any factual allegations to which a response

21   is required.  To the extent this paragraph contains any factual allegations, those allegations

22   are denied.

23      117.    Gen denies the allegations of Paragraph 117 of the FAC.

24      118.    Gen denies the allegations of Paragraph 118 of the FAC.

25      119.    Gen denies the allegations of Paragraph 119 of the FAC.

26      120.    Gen denies the allegations of Paragraph 120 of the FAC.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

BN 93317628v1

121.    Gen denies the allegations of Paragraph 121 of the FAC.

122.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

123.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

124.    Answering Paragraph 124 of the FAC, Gen admits that it filed an Annual 10-K report with the Securities and Exchange Commission, and that the 10-K report is a written document which speaks for itself.  Gen denies the remaining allegations of this paragraph.

125.    Gen admits that Gen's litigation counsel sent Plaintiff an e-mail communication and that the contents of this this communication are reproduced at Paragraph 54 of the FAC.  Gen denies the remaining allegations of this paragraph.

126.    Gen denies the allegations of Paragraph 126 of the FAC.

127.    Answering Paragraph 127 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, particularly given the FAC's usage of vague terminology such as "affiliates".  On this basis, Gen denies each and every allegation contained in this paragraph.

128.    Gen denies the allegations of Paragraph 128 of the FAC.

129.    Gen denies the allegations of Paragraph 129 of the FAC.

130.    Gen denies the allegations of Paragraph 130 of the FAC.

131.    Gen denies the allegations of Paragraph 131 of the FAC.

132.    Gen denies the allegations of Paragraph 132 of the FAC.

133.    Gen denies the allegations of Paragraph 133 of the FAC.

134.    Gen denies the allegations of Paragraph 134 of the FAC.

DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT
BN 93317628v1

135.    Gen denies the allegations of Paragraph 135 of the FAC.

136.    Answering Paragraph 136 of the FAC, Gen admits that it filed an Annual 10-K report with the Securities and Exchange Commission, and that the 10-K report is a written document which speaks for itself.  Gen denies the remaining allegations of this paragraph.

137.    Gen denies the allegations of Paragraph 137 of the FAC.

138.    Gen denies the allegations of Paragraph 138 of the FAC.

139.    Gen denies the allegations of Paragraph 139 of the FAC.

140.    Gen denies the allegations of Paragraph 140 of the FAC.

141.    Gen denies the allegations of Paragraph 141 of the FAC.

## CLASS ACTION ALLEGATIONS

142.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

143.    This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

144.    Gen denies the allegations of Paragraph 144 of the FAC.

145.    Gen denies the allegations of Paragraph 145 of the FAC.

146.    Gen denies the allegations of Paragraph 146 of the FAC.

147.    Gen denies the allegations of Paragraph 147 of the FAC.

148.    Gen denies the allegations of Paragraph 148 of the FAC.

149.    Gen denies the allegations of Paragraph 149 of the FAC.

150.    Gen denies the allegations of Paragraph 150 of the FAC.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

151.   Answering Paragraph 151 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

152.   Answering Paragraph 152 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

153.   This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

154.   This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

155.   This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.

**FIRST CAUSE OF ACTION**

**Violation of the TCPA, 47 U.S.C. § 227(c)**

**(On behalf of Plaintiff and the National Do-Not-Call Class)**

156.   Gen incorporates its responses to the preceding allegations of the FAC, as though fully set forth herein.

157.   Gen denies the allegations of Paragraph 157 of the FAC.

158.   Answering Paragraph 158 of the FAC, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

159.   Gen denies the allegations of Paragraph 159 of the FAC.

160.   Gen denies the allegations of Paragraph 160 of the FAC.

161.   Gen denies the allegations of Paragraph 161 of the FAC.

**SECOND CAUSE OF ACTION**

**Violations of the TCPA, 47 U.S.C. § 227(c)**

**(On behalf of Plaintiff and the Internal Do-Not-Call Class)**

162.   Gen incorporates its responses to the preceding allegations of the FAC, as though fully set forth herein.

163.   Gen denies the allegations of Paragraph 163 of the FAC.

164.   Gen denies the allegations of Paragraph 164 of the FAC, including any allegation or implication that Gen was required to maintain such a policy because it engages in telemarketing.

165.   Gen denies the allegations of Paragraph 165 of the FAC, including any allegation or implication that Gen was required to maintain such a policy because it engages in telemarketing.

166.   Gen denies the allegations of Paragraph 166 of the FAC, including any allegation or implication that Gen was required to maintain such a policy because it engages in telemarketing.

167.   Gen denies the allegations of Paragraph 167 of the FAC.

168.   Gen denies the allegations of Paragraph 168 of the FAC.

169.   Gen denies the allegations of Paragraph 167 of the FAC.

**PRAYER FOR RELIEF**

In response to Plaintiff's Prayer For Relief, Gen denies that Plaintiff is entitled to any relief, whatsoever, against Gen.

**JURY DEMAND**

This paragraph does not contain any factual allegations to which a response is required.  To the extent this paragraph contains any factual allegations, those allegations are denied.  Gen further denies that Plaintiff is entitled to any relief in this action.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

### Prior Express Consent

Gen is informed and believes, and on that basis alleges that to the extent Gen made any calls to the telephone numbers associated with individuals that meet Plaintiff's putative class definition, it did so with the prior express consent of the called party.

### Second Affirmative Defense

### Lack of Subject Matter Jurisdiction

Plaintiff lacks Article III standing to assert the claims she has alleged against Gen. Among other things, Plaintiff cannot allege he has suffered an injury in fact that is: (1) fairly traceable to Gen; or (2) capable of redress against Gen.

### Third Affirmative Defense

### Due Process – Eighth Amendment

The FAC, in asserting claims under the Telephone Consumer Protection Act ("TCPA"), violates the rights of Gen to protection from "excessive fines" as provided in the Eighth Amendment to the United States Constitution. Statutory penalties violate due process rights "where the penalty prescribed is so severe and oppressive as to be wholly disproportioned to the offence and obviously unreasonable." *United States v. Citrin*, 972 F.2d 1044, 1051 (9th Cir. 1992) (quoting *St Louis, I.M. & S. Ry. Co. v. Williams*, 251 U.S. 63, 66-67 (1919)). The alleged violation at issue – "making" a call to a cell phone that may or may not have been connected, received, or answered – causes de minimis or no actual harm. Imposition of a $500.00 per call penalty is plainly excessive in this context and, taken in the aggregate, may result in potential damages that are not proportional to the conduct alleged.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

**Fourth Affirmative Defense**

**Due Process – Fifth Amendment**

The penalties sought by Plaintiff under the TCPA, particularly on a class-wide basis, exceed the constitutional limits of the Due Process Clause of the Fifth Amendment to the United States Constitution.  As aggregated on a class-wide basis, the statutory penalties sought by Plaintiff are wholly disproportioned and obviously unreasonable in relation to the goals of the TCPA and the conduct the statute prohibits.

**Fifth Affirmative Defense**

**Due Process – Punitive or Exemplary Damages**

The FAC, to the extent that it seeks punitive or exemplary damages under the TCPA (including for alleged willful violations), violates the rights of Gen under the Due Process provisions of the United States Constitution.  Specifically, grossly excessive penalties entered on a discretionary basis may amount to an "arbitrary deprivation of property without due process of law."  E.g., *TXO Production Corp. v. Alliance Resources Corp.*, 509 U.S. 443, 453, 454 (1993); *BMW of N. Am., Inc. v. Gore*, 517 U.S. 559, 562 (1996).  The TCPA affords discretion to award up to $1,500.00 "per violation."  Yet, the alleged violation at issue causes *de minimis* or no actual harm.  Hence, imposition of the discretionary punitive damage element built into the TCPA would violate the BMW proportionality test.

**Sixth Affirmative Defense**

**First Amendment**

The TCPA and the regulations and rules promulgated thereunder violate the First Amendment of the United States Constitution, including by imposing content-based restrictions on speech that fail to withstand strict scrutiny.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1

## Seventh Affirmative Defense

### Federal Communications Commission Exceeded Delegated Authority

The Hobbs Act cannot be validly or constitutionally applied to preclude Gen from raising defenses to an action arising under the TCPA or rules or regulations promulgated thereunder.  Plaintiff's TCPA claims are barred because they are based upon regulations or rulings that exceeded the delegated authority of the Federal Communications Commission.

## Eighth Affirmative Defense

### Arbitration and Class Waiver

Plaintiff and the putative class members are barred from asserting claims in this forum to the extent their claims are subject to a binding arbitration agreement and an agreement to arbitrate their disputes on an individual (non-class) basis, depriving this Court of jurisdiction over such claims, and rendering venue in this Court improper.

## Ninth Affirmative Defense

### Acquiescence, Estoppel, and Waiver

Plaintiff and the putative class members are barred from asserting their claims, in whole or in part, by the doctrines of acquiescence, estoppel, and/or waiver.  For example, Plaintiff cannot assert claims under the TCPA against Gen to the extent they or others voluntarily provided telephone numbers for the purpose of receiving calls like the ones referenced in the FAC.

DATED: September 5, 2025        **BUCHALTER, A PROFESSIONAL CORPORATION**


                                By:   /s/ Artin Betpera
                                      Artin Betpera
                                      Buzzi L. Shindler
                                      Attorneys for Defendant Gen Digital Inc.

**DEFENDANT GEN DIGITAL INC.'S ANSWER TO FIRST AMENDED COMPLAINT**
BN 93317628v1