IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eli Reisman, | No. CV-25-01653-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Gen Digital Incorporated, | |
| Defendant. | |

Before the Court is the parties' Stipulation to Continue (Doc. 46), in which they request that the October 17, 2025 Case Management Conference be continued. The parties' Joint Rule 26(f) Case Management Report and Joint Proposed Rule 16 Case Management Order are due October 6, 2025. If after review of those filings the Court deems it necessary to hold a Case Management Conference, it will reschedule. Otherwise, the Court will vacate the Conference and enter a Case Management Order.  Accordingly,

**IT IS ORDERED** that the Stipulation to Continue (Doc. 46) is **denied**.

Dated this 23rd day of September, 2025.

Honorable Steven P. Logan
United States District Judge