Buzzi L. Shindler (SBN: 020001)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254-2659
Telephone: 480.383.1800
Fax: 480.824.9400
Email: bshindler@buchalter.com

Artin Betpera (admitted *pro hac vice*)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant Gen Digital Inc.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ELI REISMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>GEN DIGITAL INC.,<br><br>    Defendant. | No. 2:25-cv-01653-PHX-SPL<br><br>**CERTIFICATE OF CONFERRAL IN SUPPORT OF DEFENDANT GEN DIGITAL INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

/ / /

-2-

Pursuant to Local Rule 12.1(c), and this Court's Preliminary Order (Dkt. 27), the undersigned counsel for Defendant Gen Digital Inc. ("Gen"), certifies that, prior to filing Gen's Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c), counsel for Gen conferred with counsel for Plaintiff via a virtual Zoom meeting which occurred on October 3, 2025. During this meeting, the undersigned counsel for Gen notified Plaintiff's counsel of the issues asserted in Gen's motion. Counsel for the parties conferred regarding those issues, but were unable to agree that Plaintiff's First Amended Complaint was curable in any part by a permissible amendment offered by Plaintiff.

DATED:  October 3, 2025

                    **BUCHALTER, A PROFESSIONAL CORPORATION**

                    By:  /s/ Artin Betpera
                          Buzzi L. Shindler
                          Artin Betpera (*pro hac vice*)
                          Attorneys for Defendant Gen Digital Inc.