Buzzi L. Shindler (SBN: 020001)
**BUCHALTER LLC**
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254-2659
Telephone: 480.383.1800
Fax: 480.824.9400
Email: bshindler@buchalter.com

Artin Betpera (admitted *pro hac vice*)
**BUCHALTER LLC**
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant Gen Digital Inc.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ELI REISMAN,<br><br>Plaintiff,<br><br>v.<br><br>GEN DIGITAL INC.,<br><br>Defendant. | No. 2:25-cv-01653-PHX-SPL<br><br>**NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION UPON PLAINTIFF ELI REISMAN** |

Pursuant to L-R Civ. 5.2, Defendant Gen Digital provides notice that on January 8, 2026, Defendant served a First Set of Interrogatories and Requests for Production upon Plaintiff Eli Reisman.

DATED: January 8, 2026        **BUCHALTER LLC**

By:   */s/ Artin Betpera*
       Buzzi L. Shindler
       Artin Betpera
       Attorneys for Defendant Gen Digital Inc.

-1-