Thomas A. Zimmerman, Jr. (*pro hac vice*)

Zimmerman Law Offices, P.C.

7199 South Kingery Highway, #1148

Willowbrook, IL 60527

tom@attorneyzim.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

ELI REISMAN, individually, and on behalf
of himself and others similarly situated,

Plaintiff,

v.

GEN DIGITAL, INC.,

Defendant(s),

Case No. 2:25-cv-01653-SPL

**NOTICE OF CHANGE OF ADDRESS**

I, Thomas A. Zimmerman, Jr., in the above entitled and numbered action, hereby give notice of change of address.   My new mailing address is:

Zimmerman Law Offices, P.C.

7199 South Kingery Highway, #1148

Willowbrook, IL 60527

Respectfully submitted this __10th__ day of __April_____, 2026.

Signed by _s/Thomas A. Zimmerman, Jr._____