Max S. Morgan, Esq. (admitted *pro hac vice*)
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Thomas A. Zimmerman, Jr. (admitted *pro hac vice*)
**ZIMMERMAN LAW OFFICES, P.C.**
77 West Washington Street, Suite 1220
Chicago, IL 60602
Tel: (312) 440-0020
Fax: (312) 440-4180
tom@attroneyzim.com

Attorneys for Plaintiff Eli Reisman

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| ELI REISMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>GEN DIGITAL INC.,<br><br>    Defendant. | **Case No. 2:25-cv-01653-PHX-SPL**<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby notify the Court that the parties have reached a settlement in principal resolving Plaintiff's individual claims in this action.  The parties anticipate filing a stipulated dismissal following finalization of settlement documents.  The parties expect to file a dismissal of this action within the next 45-60 days. Accordingly, the parties respectfully request that all pending deadlines be vacated and that the Court stay further proceedings pending dismissal.

DATED: April 10, 2026          **THE WEITZ FIRM, LLC**

By:   */s/Max S. Morgan*
　　　Max S. Morgan
　　　Attorneys for Plaintiff Eli Reisman

**BUCHALTER LLP**

By:   /s/*Artin Betpera*
　　　Artin Betpera
　　　Attorneys for Defendant Gen Digital Inc.